VERONA E. SWANIGAN, ESQ.
NVBN 11470
425 W. Capitol Ave St #1533
Little Rock, Arkansas 72201
(866) 603-5239 phone
(501) 604-5700 fax
callthelawlady@outlook.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ESTATE OF RUDELLA GEORGE, Executor JEFFERY D. FLETCHER, and KEVIN WILTZ, individually and as heir,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION,<br><br>Defendant. | Case No. 2:26-cv-02971-CDS-EJY<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO THE MOTION TO DISMISS |

Plaintiffs Estate of Rudella George, Executor Jeffery D. Fletcher, and Kevin Wiltz, individually and as heir (collectively, "Plaintiffs"), by and through their counsel, and Defendants

Liberty Insurance Corporation have agreed to an extension of two weeks for the response to the Motion to Dismiss.

Plaintiffs ask that the court to extend the time for two (2) weeks to permit the parties to continue to discuss the status of the case, and to permit further time to gather evidence from Mr. Wiltz, who is currently hospitalized and his family. Mr. Wiltz has evidence that Plaintiff's counsel needs to respond properly to the Defendant's Motion to Dismiss.

The parties met and conferred on October 2, 2026, and on September 25, 2026, to discuss the issues of the case, the status of Mr. Wiltz, and the potential for settlement. Mr. Wiltz had surgery last week and has been unable to actively and of sound mind participate in the litigation. The Defense and Plaintiff are in mutual agreement to extend time.

Dated this 2nd day of October, 2026.

The Swanigan Firm
425 W. Capitol Ave St #1533
Little Rock, Arkansas 72201
(866) 603-5239 phone
callthelawlady@outlook.com

_/s/___Verona E. Swanigan___
VERONA E. SWANIGAN, SBN#11470

CLYDE & CO US LLP
By:
***/s/ Dylan P. Todd***
Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas, NV 89128
Telephone: 725-248-2900
*Attorneys for Defendant,*
*Liberty Insurance Corporation*

**ORDER**

IT IS HEREBY ORDERED that the Stipulation to extend time to respond to the Motion to Dismiss (ECF No. [5]) is GRANTED.

IT IS FURTHER ORDERED that the parties are reminded that they must, in the future, comply with all U.S. District Court for the District of Nevada Local Rules. Counsel for Liberty is to assist with this compliance. Failure to do so will result in denial of submissions.

Dated this 3rd day of October, 2026.

Elayna J. Youchah

UNITED STATES MAGISTRATE JUDGE