Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
Telephone: 725-248-2900
amy.samberg@clydeco.us
dylan.todd@clydeco.us
*Attorneys for Defendant,*
*Liberty Insurance Corporation*

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ESTATE OF RUDELLA GEORGE, Executor Jeffery D. Fletcher, KEVIN WILTZ individually and as heir,

Plaintiffs,

v.

LIBERTY INSURANCE CORPORATION (CS),; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,

Defendants.

CASE NO.: 2:26-cv-02971-CDS-EJY

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO ALLOW PLAINTIFFS LEAVE TO AMEND COMPLAINT**

COMES NOW, Defendant Liberty Insurance Corporation ("Liberty") and Plaintiffs Estate of Rudella George ("Estate") and Kevin Wiltz ("Wiltz") (collectively "Plaintiffs") by and through their respective counsel, hereby stipulate and agree as follows:

WHERAS on September 23, 2026, Liberty filed its Motion to Dismiss Plaintiffs' Amended Complaint. (ECF No. 4). Plaintiffs opposed the Motion on October 21, 2026. (ECF No. 9).

On October 26, 2026, Plaintiffs informed Liberty that they are in possession of certain additional documents and information that address some of the issues set forth in Liberty's Motion to Dismiss, and that as a result, Plaintiffs requested leave to file a Second Amended Complaint. Liberty has agreed on the condition that Plaintiffs provide Liberty with copies of the documents relied upon for the factual allegations contained in the forthcoming Second Amended Complaint. Thus, the Parties agree and stipulate to grant Plaintiffs leave to file the Second Amended Complaint

by November 6, 2026. Plaintiffs agree to produce to Liberty the following documents by November 6, 2026: (1) ownership records of the subject property; (2) copies of any trust that owns the subject property to verify ownership and identify the trustee; (3) documents verifying the payment of insurance premiums and the source of those payments; and (4) any additional documents relied upon for the factual allegations contained in the Second Amended Complaint.

Liberty agrees and stipulates that it will dismiss its Motion to Dismiss (ECF No. 4) without prejudice as moot due upon filing of the Second Amended Complaint. Liberty will not need to file a Reply in Support of the Motion to Dismiss.

The Parties assert that good cause exists to grant for the Court to grant this stipulation. The Parties believe that this agreement will permit the parties to move the matter forward by permitting Plaintiffs to address the deficiencies with their complaint while at the same time providing Liberty with the information needed to better understand and address the basis for Plaintiffs' claims.

Accordingly, the parties hereby agree and stipulate to allow Plaintiffs leave to file an Amended Complaint as discussed above.

IT IS RESPECTFULLY SUBMITTED.

Dated: October 27, 2026

CLYDE & CO US LLP

***/s/ Dylan P. Todd***

Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
Telephone: 725-248-2900
***Attorneys for Defendant,***
***Liberty Insurance Corporation***

Dated: October 27, 2026

THE SWANIGAN FIRM

***/s/ Verona E. Swanigan***

Veronica E. Swanigan (NV Bar No. 11470)
425 W. Capitol Avenue, Suite 1533
Little Rock, AR 72201
Tel.: 866-603-5239/Fax: 501-604-5700
***Attorneys for Plaintiffs***
***Estate of Rudella George, Executor Jeffery D. Fletcher, Kevin Wiltz, individually and as heir***

IT IS SO ORDERED this 27th day of October, 2026.

UNITED STATES MAGISTRATE JUDGE

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128